No. 03–10652. WINDHAM v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10653. UPCHURCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10654. PRIMUS v. OHIO DEPARTMENT OF JOB AND FAMILY SERVICES. Ct. App. Ohio, Portage County. Certiorari denied.

No. 03–10655. NEWMAN v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. Sup. Ct. Cal. Certiorari denied.

No. 03–10658. MAY v. CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10659. MARTIN v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 03–10661. OLIVER v. COINER ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10662. DIXIE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–10663. ARCHER v. DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 03–10664. BARAJAS-CHAVEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–10665. TAFARI, AKA WHITTINGTON v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10666. MORENO TORRES v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10667. VEILLEUX v. CATTELL, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 03–10668. PEREZ v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 03–10670. BUELL v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.